UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16CR209

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **LONNIE BROWN, JR.,** pro se, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court on Defendant's pro se "Motion for Jail Credit." (Doc. No. 150).

Defendant claims he is entitled to prior custody credit towards his current federal sentence. Because he is challenging the Bureau of Prisons' calculation of his federal sentence, the appropriate jurisdictional basis to challenge prior custody credit is through a petition for writ of habeas corpus under 28 U.S.C. § 2241. Romandine v. United States, 206 F.3d 731, 736 (7th Cir. 2000). Further, a petition for writ of habeas corpus under 28 U.S.C. § 2241 must be filed in the district where the defendant is incarcerated. Rumsfeld v. Padilla, 542 U.S. 426, 434 (2004) (citing 28 U.S.C. § 2242). Defendant is currently incarcerated at FCI Williamsburg, in Salters, South Carolina. Thus, he must file his Section 2241 in the District of South Carolina. For these reasons, Defendant's motion is dismissed.

**ORDER**

Defendant's pro se "Motion for Jail Credit," (Doc. No. 150), is dismissed.

Signed: November 24, 2021

*[Signature]*
Max O. Cogburn Jr.
United States District Judge